# EXHIBIT A

## STATE OF TENNESSEE
## CHANCERY COURT OF MARION COUNTY
## AT JASPER

IN RE: **ESTATE OF OMA E. GRIFFITH** )
                           )
       Deceased      )
                           )    No.: _7747_
**DEBORAH HOOPER** )
                           )
       Plaintiff       )
                           )
v.                       )
                           )
**UNDERWRITERS AT LLOYD'S** )
750 7th Avenue, New York, New York )
10019 and **ATLANTIC SPECIALITY** )
**LINES OF VIRGINIA, LLC,** 9020 )
Stony Point Parkway, Suite 450 )
Richmond, VA 23235 )
                           )
       Defendants   )

### SUMMONS

To the above named Defendant:

**Underwriters at Lloyds**
750 7th Avenue
New York, New York 10019

**Atlantic Speciality Lines of Virginia, LLC**
9020 Stony Point Parkway, Suite 450
Richmond, VA 23235

**Ms. Julie Mix McPeak,** Commissioner
**Department of Commerce & Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-0565**

You are hereby summoned and required to serve upon J. Harvey Cameron, Plaintiff's attorney, whose address is P.O. Box 759, Jasper, Tennessee 37347, an answer to the Complaint which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this _13th_ day of June, 2014, at _8.00_ o'clock P.M.

WITNESS, LEVOY GUDGER, Circuit Court Clerk of said Court, at office this the _13th_ day of June, 2014.

_Levoy Gudger_ vr
LEVOY GUDGER, Clerk and Master

Plaintiff's address: c/o J. Harvey Cameron, P.C., Post Office Box 759, Jasper, TN 37347.

## STATE OF TENNESSEE
## CHANCERY COURT OF MARION COUNTY
## AT JASPER

| | |
|---|---|
| IN RE: **ESTATE OF OMA E. GRIFFITH** ) | |
| ) | |
| Deceased ) | |
| ) | |
| **DEBORAH HOOPER** ) | No.: **7747** |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| **UNDERWRITERS AT LLOYD'S** ) | |
| 750 7th Avenue, New York, New York ) | |
| 10019 and **ATLANTIC SPECIALITY** ) | |
| **LINES OF VIRGINIA, LLC,** 9020 ) | |
| Stony Point Parkway, Suite 450 ) | |
| Richmond, VA 23235 ) | |
| ) | |
| Defendants ) | |

### SUMMONS

To the above named Defendant:

**Underwriters at Lloyds**
750 7th Avenue
New York, New York 10019

**Atlantic Speciality Lines of Virginia, LLC**
9020 Stony Point Parkway, Suite 450
Richmond, VA 23235

**Ms. Julie Mix McPeak,** Commissioner
**Department of Commerce & Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-0565**

You are hereby summoned and required to serve upon J. Harvey Cameron, Plaintiff's attorney, whose address is P.O. Box 759, Jasper, Tennessee 37347, an answer to the Complaint which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this _13th_ day of June, 2014, at _8:00_ o'clock P.M.

WITNESS, LEVOY GUDGER, Circuit Court Clerk of said Court, at office this the _13th_ day of June, 2014.

_Levoy Gudger_ VL
LEVOY GUDGER, Clerk and Master

Plaintiff's address: c/o J. Harvey Cameron, P.C., Post Office Box 759, Jasper, TN 37347.

IN THE TWELFTH JUDICIAL DISTRICT OF TENNESSEE
CHANCERY COURT OF MARION COUNTY

RECEIVED & FILED
8:00 HRS.
JUN 1 3 2014
LEVOY GUDGER
CLERK & MASTER

IN RE: **ESTATE OF OMA E. GRIFFITH** )
                              )
           Deceased         )
                              )
**DEBORAH HOOPER**           )
                              )
          Plaintiff           )
                              )    No.: **7747**
v.                              )
                              )
**UNDERWRITERS AT LLOYD'S**  )
750 7th Avenue, New York, New York )
10019 and **ATLANTIC SPECIALITY** )
**LINES OF VIRGINIA, LLC,** 9020   )
Stony Point Parkway, Suite 450    )
Richmond, VA 23235            )
                              )
          Defendants     )

## COMPLAINT

Comes the Plaintiff, **DEBORAH HOOPER**, as Administrator of the Estate of Oma

E. Griffith, the Co-Administrator, Elbert Griffith, now being deceased, and individually sues

the Defendants, Underwriters at Lloyd's and Atlantic Speciality Lines of Virginia, LLC, and

for her cause of action would show unto the Court as follows:

I

The Defendants caused to be issued on behalf of the Oma Griffith Estate an

insurance policy covering the property of the Deceased located at 7321 Highway 108,

Whitwell, Marion County, Tennessee. A copy of the Declaration Page is attached as

Exhibit "1" to this Complaint and incorporated herein.

II

On June 14, 2013, pursuant to Order of the Chancery Court of Marion County,

Tennessee the above subject property was sold at public auction and Gary Hooper purchased same. An Oder confirming the report of the Clerk and Master was entered on July 16, 2013.

III

On the 14th of July, 2013, or on the morning of July 15, 2013, the home located on the premises purchased by Gary Hooper and insured by the Defendants was totally destroyed. Gary Hooper, the successful bidder, at the sale requested that said property be vested in his wife, Deborah D. Hooper, a copy of which Clerk and Master's Deed is attached hereto as Exhibit "2" to this Complaint.

IV

Claims were duly filed through Russ Hood Agency, the agent who caused said policy to be issued. To date, the Plaintiff has had no contact with any claim's agent of the Defendants nor any compensation for the loss although the amount of insurance was One Hundred Twenty Thousand Dollars ($120,000.00) for said loss. Deborah D. Hooper individually joins in this action due to the fact that said property and improvements thereon had been sold to her husband and ultimately vested in her and although the insurance was still in the name of Oma Griffith's Estate it had not been changed as of date of loss. The Plaintiff avers that she is entitled to the benefits of coverage under the policy unless the Court determines that said proceeds should be payable to the Estate of Oma Griffith.

V

The Plaintiff in her respective capacities sues the Defendants and each of them in the amount of One Hundred Twenty Thousand Dollars ($120,000.00) and pre-judgment interest.

SURETY FOR COSTS

CAMERON & CAMERON, P.C.

By: _J. Harvey Cameron_

STATE OF TENNESSEE
COUNTY OF MARION

    I, **DEBORAH HOOPER,** individually and as Administrator, being duly sworn according to law. make oath that the statements made in the foregoing Complaint are true in substance and fact, to the best of my knowledge, information and belief.

_Deborah Hooper_
DEBORAH HOOPER, Individually and
Administrator

Respectfully submitted,

**CAMERON & CAMERON, P.C.**
28 Courthouse Square, Suite 100
Post Office Box 759
Jasper, TN 37347
(423) 942-9975
E-mail: jhcam@aol.com

By: _J. Harvey Cameron_
J. Harvey Cameron, BPR#2465
Attorney for the Administrator

Sworn to and subscribed before
me _12_ day of June, 2014.

_Crystal L. Crum_
    Notary Public

My commission expires: _11.6.11_

CRYSTAL L. CRUM
STATE
OF
TENNESSEE
NOTARY
PUBLIC
MARION COUNTY

| Previous Policy Number AS201VA49743-0 | | Current Policy Number AS201VA49743-1 |
|---|---|---|

Proposed Effective Date 03/15/2013　　Proposed Expiration Date 03/15/2014　　|　Program: Dwelling Fire
both days at 12:01 a.m. standard time

| Name and address of the Insured | Name and address of Agent |
|---|---|
| Oma Griffith Estate C/o Deb Hooper & Elbert Griffith | Russ Hood Agency |
| 6565 Francis Springs Rd | 4139 Main Street |
| | Jasper, TN 37347 |
| Whitwell, TN 37397 | |

| Carrier | Authority Reference # | UMR # | Percentage |
|---|---|---|---|
| Underwriters at Lloyds | AS201/13 | B040312ARB117 | 100 % |

Premises Location　7321 Hwy 108 Whitwell, TN 37397

Coverages and Limits of Liability　　Coverage is provided where a premium or limit of liability is shown for the coverage. In case of a loss under Section I, we cover only that part of the loss over the deductible stated

| Section I Property | | | Section II Liability | | |
|---|---|---|---|---|---|
| A) Dwelling | $ | 120,000 | E) Personal Liability | $ | 300,000 |
| B) Other Structures | $ | 12,000 | F) Medical Payments to Others | $ | 1,000 |
| C) Personal Property | $ | (Excl) | Optional Coverages | | |
| D) Loss of Use | $ | 12,000 | | | |

Deductibles

$ 1,000 AP

| Conditions and Underwriting Notes | **Flood is Excluded** (unless otherwise stated in this policy.) | **Quake is Excluded** |
|---|---|---|

| Premium, Taxes & Fees | Premium | | Taxes | | Fees |
|---|---|---|---|---|---|
| Section I - Property | $ 1,267.00 | Surplus Lines Tax | $ 70.85 | Policy Fee | $ 100.00 |
| Section II - Liability | $ 50.00 | | | | |
| Optional Coverages | $ 0.00 | | | | |
| | | | | | |
| Subtotals | $ 1,317.00 | | $ 70.85 | | $ 100.00 |
| Grand Total | | | | $ | 1,487.85 |

Other Interests

Forms and Endorsements

| | | | | HO 0190 (10:00) |
|---|---|---|---|---|
| I-FORMS (01/08) | RDNGS (01/08) | NMA 2920 (01/08) | NMA 1256 (01/08) | ASL 1021 (01/08) |
| FLINFO (01/00) | CMDZ (01/08) | NMA 2340 (01/08) | LMA 5021 (01/08) | ASL 1035 (03/08) |
| ASL FLD EX (01/08) | EMF (01/08) | LMA 5019 (01/08) | LSW 1301 (01/08) | ASL 1035 (01/11) |
| FLDEC (01/00) | I-DPSN (01/08) | MOLD (01/08) | NMA 1168 (01/08) | ASL 1022 (01/08) |
| ASL CLAIM (01/09) | NMA 2802 (01/08) | LSW 1135b (01/08) | NMA 1331 (01/08) | ASL 1038 (01/09) |
| AI E (01/04) | NMA 2915 (01/08) | NMA 1191 (01/08) | ASL 1002 (11/99) | ASL 1037 (01/09) |
| I-NSWEL (01/08) | NMA 464 (01/08) | LMA 5020 (01/08) | HO 0003 (10/00) | NMA 2962 (01/08) |

*Please note that the renewal premium has been received at the new rate... on the invoice. Coverage is considered bound and flat cancellations are not permitted. Bound policies are subject to the minimum earned premium clause stated in the policy and all policy amounts within these are fully earned. In this case the risk retains fully at a different period. The policy will be cancelled flat with no...*

Prepared by and return to:
J. HARVEY CAMERON, P.C.
28 Courthouse Square, Suite 100
Jasper, TN 37347; from information
supplied by the parties.

| SEND TAX BILLS TO: | MAP/PARCEL NUMBER |
|---|---|
| Deborah D Hooper | Map 11 |
| 6565 Francis Spring Road | Group |
| Whitwell, TN 37397 | Portion of Parcel 093.00 |

## CLERK & MASTER'S DEED

WHEREAS, the Clerk & Master of Marion County, Tennessee pursuant to judgment entered in Cause #PR-72, in the Chancery Court of Marion County, Tennessee, styled In Re:  Estate of Oma E. Griffith, conducted a land sale on June 14, 2013. ; and,

WHEREAS, the Grantee herein was the highest and best bidder for the consideration herein stated; and,

WHEREAS, said sale was confirmed by order of the Marion County Chancery Court filed July 16, 2013, and entered in Minute Book 30, Pages 401, et seq., said Clerk & Master's Office; and,

WHEREAS, the purchaser at said sale being the grantee has requested the Clerk & Master to execute and deliver to him a deed for said property

NOW, THEREFORE, IN CONSIDERATION of the sum of Five Thousand Dollars ($5,000 00) cash in hand paid, the receipt of which is hereby acknowledged, I, LEVOY GUDGER, Clerk & Master of the Chancery Court of Marion County, Tennessee, by virtue of the power and authority conferred upon me, do hereby transfer and convey unto

### DEBORAH D. HOOPER,

her heirs and assigns, the following described real estate located in the Third Civil District of Marion County, Tennessee to-wit:

TRACT ONE:

Beginning at an iron pin in the west right-of-way line of State Highway 108 the Southeast corner of lands of J. C. Ritchie as described in deed of record in Deed Book 7-L, Pages 380, et seq., in the Register s Office of Marion County, Tennessee; thence along the west right-of-way of State Highway 108 South 54 deg. 50 min. 00 sec. East 188.57 feet to an iron pin; thence South 48 deg 12 min. 41 sec. West 115.06 feet to a power pole located in

-1-

Case 1:14-cv-00231-CLC-WBC   Document 1-2   Filed 07/24/14   Page 8 of 25   PageID #: 16

the East right-of-way of Griffith Church Road; thence along the East right-of-way of Griffith Church Road North 35 deg. 56 min. 05 sec. West 154.45 feet to a point; thence along a curve to the right having an bearing of North 19 deg. 55 min. 41 sec. West 55.73 feet, an arc of 56.46 feet and radius of 101.05 feet to an iron pin the same being the Southwest corner of lands of J. C. Ritchie; thence along Ritchie's South line North 79 deg. 15 min. 00 sec. East 42.01 feet more or less to the Point of Beginning containing 0.32 acres more or less.

**TRACT TWO:**

Beginning at an iron pin in the East right-of-way of Griffith Church Road the same being the Northwest corner of lands of Clayton L. Worley of record in Deed Book 6-P, Pages 297, et seq., in the Register's Office of Marion County, Tennessee; thence along the east right-of-way line of Griffith Church Road North 35 deg. 56 min. 05 sec. West 55.52 feet to a power pole the same being the Southwest corner of Tract Number Two hereinabove described; thence along the South boundary line of Tract Number Two North 48 deg. 12 min. 41 sec. East 115.06 feet to an iron pin the same being in the West right-of-way line of State Highway 108; thence along the West right-of-way line of State Highway 108, South 54 deg. 50 min. 00 sec. East 93.65 feet to an iron pin the same being the Northeast corner of lands of Clayton L. Worley; thence along Worley's North boundary line South 40 deg. 21 min. 13 sec. West 152.00 feet more or less to the Point of Beginning containing 0.31 acres more or less.

**PRIOR DEED REFERENCE:** Deed Book 6-P, Pages 296, et seq., in the Register's Office of Marion County, Tennessee.

TO HAVE AND TO HOLD said real estate with all the hereditaments and appurtenances thereto, to the said Grantee, her heirs and assigns, in fee simple, forever This conveyance is made in as full and ample a manner as the said Clerk & Master can convey under authority of law and said judgment, entered in this cause, but not further or otherwise.

IN WITNESS WHEREOF, I have hereunto subscribed my name as said Clerk & Master, on this the _18th_ day of July, 2013.

LEVOY GUDGER, Clerk & Master

STATE OF TENNESSEE
COUNTY OF MARION

On this the _18th_ day of July, 2013, before me personally appeared Levoy Gudger,
Clerk & Master, to me known to be or proved to me on the basis of satisfactory evidence
to be the persons described in and who executed the foregoing instrument and who
acknowledged that he executed the same as his free act and deed.

_____
Notary Public

My commission expires: _7-10-16_

## CONSIDERATION AFFIDAVIT

I, or we, hereby swear or affirm that the actual consideration for this transfer, or value of the property or
interest in property transferred, whichever is greater is $5,000.00, which amount is equal to or greater than the
amount which the property or interest in property transferred would command at a fair and voluntary sale

_____
AFFIANT

Subscribed and sworn to before me this _24th_
day of July, 2013

NOTARY PUBLIC or REGISTER
My Commission expires: 11|18|2013

BK/PG: 451/920-922
13002783

| | |
|---|---|
| 3 PGS AL - CLERK & MASTERS DEED | |
| SANDRA BATCH 45183  07/25/2013  11 01 52 AM | |
| VALUE | 5000 00 |
| MORTGAGE TAX | 0 00 |
| TRANSFER TAX | 18 50 |
| RECORDING FEE | 15 00 |
| ARCHIVE FEE | 0 00 |
| DP FEE | 2 00 |
| REGISTERS FEE | 1 00 |
| TOTAL AMOUNT | 36 50 |

STATE OF TENNESSEE, MARION COUNTY
WINFRED HAGGARD
REGISTER OF DEEDS

-3-

SUMMONS IN CIVIL ACTION - CHANCERY COURT

## STATE OF TENNESSEE
## CHANCERY COURT OF MARION COUNTY
## AT JASPER

IN RE: ESTATE OF OMA E. GRIFFITH )
)
Deceased )
)
DEBORAH HOOPER )    No.: 7747
)
Plaintiff )
)
v. )
)
UNDERWRITERS AT LLOYD'S )
750 7th Avenue, New York, New York )
10019 and ATLANTIC SPECIALITY )
LINES OF VIRGINIA, LLC, 9020 )
Stony Point Parkway, Suite 450 )
Richmond, VA 23235 )
)
)
Defendants )

### SUMMONS

To the above named Defendant:

**Underwriters at Lloyds**            **Atlantic Speciality Lines of Virginia, LLC**
**750 7th Avenue**                    **9020 Stony Point Parkway, Suite 450**
**New York, New York 10019**          **Richmond, VA 23235**

**Ms. Julie Mix McPeak, Commissioner**
**Department of Commerce & Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-0565**

You are hereby summoned and required to serve upon J. Harvey Cameron, Plaintiff's attorney, whose address is P.O. Box 759, Jasper, Tennessee 37347, an answer to the Complaint which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this 13th day of June, 2014, at 8:00 o'clock P.M.

WITNESS, LEVOY GUDGER, Circuit Court Clerk of said Court, at office this the 13th day of June, 2014.

*Levoy Gudger VL*

LEVOY GUDGER, Clerk and Master

Plaintiff's address: c/o J. Harvey Cameron, P.C., Post Office Box 759, Jasper, TN 37347.

Received this _____ day of _____, _____

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedure).

_____
Sheriff-Deputy Sheriff

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Certified Return Receipt Requested
Underwriters at Lloyds
750 7th Avenue
New York, NY 10019

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Keith Cox_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_CASE_   _07/14/14_

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer)   7011 2970 0003 4861 0021

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

_____, 2014,
this summons together

_____ance because_____

_____ Sheriff

_____ Deputy Sheriff

Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of this court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued in the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand you exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. (T.C.A., 26-2-114).

SUMMONS IN CIVIL ACTION - CHANCERY COURT

STATE OF TENNESSEE
CHANCERY COURT OF MARION COUNTY
AT JASPER

IN RE: ESTATE OF OMA E. GRIFFITH )

       Deceased )

**DEBORAH HOOPER** )   No.: _7747_

       Plaintiff )

v. )

**UNDERWRITERS AT LLOYD'S** )
750 7th Avenue, New York, New York )
10019 and **ATLANTIC SPECIALITY** )
**LINES OF VIRGINIA, LLC,** 9020 )
Stony Point Parkway, Suite 450 )
Richmond, VA 23235 )

       Defendants )

**SUMMONS**

To the above named Defendant:

**Underwriters at Lloyds**        **Atlantic Speciality Lines of Virginia, LLC**
750 7th Avenue                  9020 Stony Point Parkway, Suite 450
New York, New York 10019      Richmond, VA 23235

**Ms. Julie Mix McPeak,** Commissioner
**Department of Commerce & Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-0565**

You are hereby summoned and required to serve upon J. Harvey Cameron, Plaintiff's attorney, whose address is P.O. Box 759, Jasper, Tennessee 37347, an answer to the Complaint which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this _13th_ day of June, 2014, at _5:00_ o'clock P.M.

WITNESS, LEVOY GUDGER, Circuit Court Clerk of said Court, at office this the _13th_ day of June, 2014.

_Levoy Gudger_ VL
LEVOY GUDGER, Clerk and Master

Plaintiff's address: c/o J. Harvey Cameron, P.C., Post Office Box 759, Jasper, TN 37347.

Received this _____ day of _____, _____

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedure).

Sheriff-Deputy Sheriff

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Certified Return Receipt Requested
Atlantic Speciality Lines of Virginia LLC
9020 Stony Point Parkway, Suite 450
Richmond, VA 23235

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
Eileen F. Tere
☐ Agent
☑ Addressee

B. Received by (Printed Name)
Eileen-Tucker
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article (Transfer)   7011 2970 0003 4861 0038

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1640

, 2014,
d this summons together

uance because

_____ Sheriff

_____ Deputy Sheriff

## TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of this court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued in the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand you exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. (T.C.A., 26-2-114).

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.532.5260, FX - 615.532.2788**
**Jerald.E.Gilbert@tn.gov**

June 24, 2014

Lloyd'S, Underwriters At London          Certified Mail
25 West 53Rd Street, 14Th Floor          Return Receipt Requested
New York, NY 10019                       7012 3460 0002 8943 8580
NAIC # 180019                            Cashier # 16135

Re:    Estate Of Oma E. Griffith  V.  Lloyd'S, Underwriters At London

       Docket # 7747

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of
Commerce and Insurance was served June 24, 2014, on your behalf in connection with the
above-styled proceeding.  Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

Enclosures

cc: Chancery Court Clerk
    Marion County
    P O Box 789
    Jasper, Tn 37347



RECEIVED
JUL 0 7 2014
JOSEPH P. GUNSET

Received this _____ day of _____, _____.

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedure).

_____
Sheriff-Deputy Sheriff

## RETURN ON SERVICE OF SUMMONS

I hereby certify and return that on the _____ day of _____, 2014,
I:_____, served this summons together
with the complaint as follows:

_____
_____

failed to served this summons within 30 days after its issuance because_____
_____

_____ Sheriff

_____Deputy Sheriff

## NOTICE

TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000) personal property exemption from
execution or seizure to satisfy a judgment. If a judgment should be entered against you
in this action and you wish to claim property as exempt, you must file a written list, under
oath, of the items you wish to claim as exempt with the clerk of this court. The list may be
filed at any time and may be changed by you thereafter as necessary; however, unless it
is filed before the judgment becomes final, it will not be effective as to any execution or
garnishment issued in the filing of the list. Certain items are automatically exempt by law
and do not need to be listed; these include items of necessary wearing apparel (clothing)
for yourself and your family and trunks or other receptacles necessary to contain such
apparel, family portraits, the family Bible, and school books. Should any of these items be
seized you would have the right to recover them. If you do not understand you exemption
right or how to exercise it, you may wish to seek the counsel of a lawyer. (T.C.A., 26-2-
114).

STATE OF TENNESSEE
CHANCERY COURT OF MARION COUNTY
AT JASPER

| | |
|---|---|
| IN RE: **ESTATE OF OMA E. GRIFFITH** ) | |
| ) | |
| Deceased ) | No.: _7747_ |
| ) | |
| **DEBORAH HOOPER** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| **UNDERWRITERS AT LLOYD'S** ) | |
| 750 7th Avenue, New York, New York ) | |
| 10019 and **ATLANTIC SPECIALITY** ) | |
| **LINES OF VIRGINIA, LLC,** 9020 ) | |
| Stony Point Parkway, Suite 450 ) | |
| Richmond, VA 23235 ) | |
| ) | |
| Defendants ) | |

**SUMMONS**

To the above named Defendant:

**Underwriters at Lloyds**            **Atlantic Speciality Lines of Virginia, LLC**
750 7th Avenue                               9020 Stony Point Parkway, Suite 450
New York, New York 10019          Richmond, VA 23235

**Ms. Julie Mix McPeak, Commissioner**
**Department of Commerce & Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-0565**

You are hereby summoned and required to serve upon J. Harvey Cameron, Plaintiff's attorney, whose address is P.O. Box 759, Jasper, Tennessee 37347, an answer to the Complaint which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this _13th_ day of June, 2014, at _8.00_ o'clock P.M.

WITNESS, LEVOY GUDGER, Circuit Court Clerk of said Court, at office this the _13th_ day of June, 2014.

*Levoy Gudger VL*
LEVOY GUDGER, Clerk and Master

Plaintiff's address: c/o J. Harvey Cameron, P.C., Post Office Box 759, Jasper, TN 37347.

IN THE TWELFTH JUDICIAL DISTRICT OF TENNESSEE
CHANCERY COURT OF MARION COUNTY

IN RE: **ESTATE OF OMA E. GRIFFITH** )
                )
         Deceased         )
                )
**DEBORAH HOOPER**         )
                )
         Plaintiff         )
                )    No.: __7747___
v.                     )
                )
**UNDERWRITERS AT LLOYD'S**   )
750 7th Avenue, New York, New York )
10019 and **ATLANTIC SPECIALITY** )
**LINES OF VIRGINIA, LLC,** 9020   )
Stony Point Parkway, Suite 450     )
Richmond, VA 23235         )
                )
         Defendants     )

## COMPLAINT

Comes the Plaintiff, **DEBORAH HOOPER,** as Administrator of the Estate of Oma

E. Griffith, the Co-Administrator, Elbert Griffith, now being deceased, and individually sues

the Defendants, Underwriters at Lloyd's and Atlantic Speciality Lines of Virginia, LLC, and

for her cause of action would show unto the Court as follows:

I

The Defendants caused to be issued on behalf of the Oma Griffith Estate an

insurance policy covering the property of the Deceased located at 7321 Highway 108,

Whitwell, Marion County, Tennessee. A copy of the Declaration Page is attached as

Exhibit "1" to this Complaint and incorporated herein.

II

On June 14, 2013, pursuant to Order of the Chancery Court of Marion County,

1

Tennessee the above subject property was sold at public auction and Gary Hooper purchased same. An Oder confirming the report of the Clerk and Master was entered on July 16, 2013.

III

On the 14th of July, 2013, or on the morning of July 15, 2013, the home located on the premises purchased by Gary Hooper and insured by the Defendants was totally destroyed. Gary Hooper, the successful bidder, at the sale requested that said property be vested in his wife, Deborah D. Hooper, a copy of which Clerk and Master's Deed is attached hereto as Exhibit "2" to this Complaint.

IV

Claims were duly filed through Russ Hood Agency, the agent who caused said policy to be issued. To date, the Plaintiff has had no contact with any claim's agent of the Defendants nor any compensation for the loss although the amount of insurance was One Hundred Twenty Thousand Dollars ($120,000.00) for said loss. Deborah D. Hooper individually joins in this action due to the fact that said property and improvements thereon had been sold to her husband and ultimately vested in her and although the insurance was still in the name of Oma Griffith's Estate it had not been changed as of date of loss. The Plaintiff avers that she is entitled to the benefits of coverage under the policy unless the Court determines that said proceeds should be payable to the Estate of Oma Griffith.

V

The Plaintiff in her respective capacities sues the Defendants and each of them in the amount of One Hundred Twenty Thousand Dollars ($120,000.00) and pre-judgment interest.

2

**SURETY FOR COSTS**

Respectfully submitted,

**CAMERON & CAMERON, P.C.**

**CAMERON & CAMERON, P.C.**
28 Courthouse Square, Suite 100
Post Office Box 759
Jasper, TN 37347
(423) 942-9975
E-mail: jhcam@aol.com

By: _J Harvey Cameron_

By: _J Harvey Cameron_

J. Harvey Cameron, BPR#2465
Attorney for the Administrator

**STATE OF TENNESSEE**
**COUNTY OF MARION**

I, **DEBORAH HOOPER,** individually and as Administrator, being duly sworn according to law, make oath that the statements made in the foregoing Complaint are true in substance and fact, to the best of my knowledge, information and belief.

_Deborah Hooper_

DEBORAH HOOPER, Individually and
Administrator

Sworn to and subscribed before
me _12_ day of June, 2014.

_Crystal L Crum_
Notary Public

My commission expires: _11/6/17_

CRYSTAL L. CRUM
STATE
OF
TENNESSEE
NOTARY
PUBLIC
MARION COUNTY

3

| Previous Policy Number AS201VA49743-0 | | Current Policy Number AS201VA49743-1 |
|---|---|---|

Proposed Effective Date 03/15/2013    Proposed Expiration Date 03/15/2014    Program: Dwelling Fire
both days at 12:01 a.m. standard time

| Name and address of the Insured | Name and address of Agent |
|---|---|
| Oma Griffith Estate C/o Deb Hooper & Elbert Griffith | Russ Hood Agency |
| 6565 Francis Springs Rd | 4139 Main Street |
| | Jasper, TN 37347 |
| Whitwell, TN 37397- | |

| Carrier | Authority Reference # | UMR # | Percentage |
|---|---|---|---|
| Underwriters at Lloyd's | AS201/13 | B040312ARB117 | 100 % |

Premises Location   7321 Hwy 108  Whitwell, TN 37397

Coverages and Limits of Liability   Coverage is provided where a premium or limit of liability is shown for the coverage. In case of a loss under Section I, we cover only that part of the loss over the deductible stated.

| Section I Property | | | Section II Liability | | |
|---|---|---|---|---|---|
| A) Dwelling | $ | 120,000 | E) Personal Liability | $ | 300,000 |
| B) Other Structures | $ | 12,000 | F) Medical Payments to Others | $ | 1,000 |
| C) Personal Property | $ | (Excl) | Optional Coverages | | |
| D) Loss of Use | $ | 12,000 | | | |

Deductibles
$ 1,000 · AP

| Conditions and Underwriting Notes | **Flood is Excluded** (unless otherwise stated in this policy.) | **Quake is Excluded** |
|---|---|---|

| Premium, Taxes & Fees | | Premium | | Taxes | | | Fees |
|---|---|---|---|---|---|---|---|
| Section I - Property | $ | 1,267.00 | Surplus Lines Tax | $ | 70.85 | Policy Fee | $ 100.00 |
| Section II - Liability | $ | 50.00 | | | | | |
| Optional Coverages | $ | 0.00 | | | | | |
| Subtotals | $ | 1,317.00 | | $ | 70.85 | | $ 100.00 |
| Grand Total | | | | | | $ | 1,487.85 |

Other Interests

**Forms and Endorsements**

| | | | | HO 0490 (10/00) |
|---|---|---|---|---|
| PLFORMS (01/00) | RDNOS (01/08) | NMA 2920 (01/08) | NMA 1256 (01/08) | ASL 1021 (01/08) |
| PLINFO (01/00) | CMDZ (01/08) | NMA 2340 (01/08) | LMA 5021 (01/08) | ASL 1025 (03/08) |
| ASL FLD EX (01/07) | EMF (01/08) | LMA 5019 (01/08) | LSW 1001 (01/08) | ASL 1035 (01/11) |
| PLDEC (01/00) | LDPSN (01/08) | MOLD (01/08) | NMA 1168 (01/08) | ASL 1022 (01/08) |
| ASL CLAIM (01/09) | NMA 2802 (01/08) | LSW 1135b (01/08) | NMA 1331 (01/08) | ASL 1028 (01/09) |
| ALB (01/04) | NMA 2915 (01/08) | NMA 1191 (01/08) | ASL 1002 (11/99) | ASL 1027 (01/09) |
| UNSWPL (01/08) | NMA 464 (01/08) | LMA 5020 (01/08) | HO 0003 (10/00) | NMA 2962 (01/08) |

***PLEASE NOTE  ONCE THE RENEWAL PREMIUM HAS BEEN RECEIVED AT THE PO BOX STATED ON THE INVOICE. COVERAGE IS CONSIDERED BOUND AND FLAT CANCELLATIONS ARE NOT PERMITTED. BOUND POLICIES ARE SUBJECT TO THE MINIMUM EARNED PREMIUM CLAUSE STATED IN THE POLICY AND ALL POLICY AND INSPECTION FEES ARE FULLY EARNED.**IN THE CASE A CHECK IS RETURNED FOR INSUFFICIENT FUNDS, THE POLICY WILL BE CANCELLED FLAT WITH NO COVERAGE AFFORDED***

Prepared by and return to:
J. HARVEY CAMERON, P.C.
28 Courthouse Square, Suite 100
Jasper, TN 37347; from information
supplied by the parties.

| SEND TAX BILLS TO: | MAP/PARCEL NUMBER |
|---|---|
| Deborah D. Hooper | Map 11 |
| 6565 Francis Spring Road | Group |
| Whitwell, TN 37397 | Portion of Parcel 093.00 |

## CLERK & MASTER'S DEED

**WHEREAS**, the Clerk & Master of Marion County, Tennessee pursuant to judgment entered in Cause #PR-72, in the Chancery Court of Marion County, Tennessee, styled <u>In Re: Estate of Oma E. Griffith</u>, conducted a land sale on June 14, 2013. ; and,

**WHEREAS**, the Grantee herein was the highest and best bidder for the consideration herein stated; and,

**WHEREAS**, said sale was confirmed by order of the Marion County Chancery Court filed July 16, 2013, and entered in Minute Book 30, Pages 401, et seq., said Clerk & Master's Office; and,

**WHEREAS**, the purchaser at said sale being the grantee has requested the Clerk & Master to execute and deliver to him a deed for said property.

**NOW, THEREFORE, IN CONSIDERATION** of the sum of Five Thousand Dollars ($5,000.00) cash in hand paid, the receipt of which is hereby acknowledged, I, **LEVOY GUDGER**, Clerk & Master of the Chancery Court of Marion County, Tennessee, by virtue of the power and authority conferred upon me, do hereby transfer and convey unto

### DEBORAH D. HOOPER,

her heirs and assigns, the following described real estate located in the Third Civil District of Marion County, Tennessee to-wit:

### TRACT ONE:

Beginning at an iron pin in the west right-of-way line of State Highway 108 the Southeast corner of lands of J. C. Ritchie as described in deed of record in Deed Book 7-L, Pages 380, et seq., in the Register's Office of Marion County, Tennessee; thence along the west right-of-way of State Highway 108 South 54 deg. 50 min. 00 sec. East 188.57 feet to an iron pin; thence South 48 deg. 12 min. 41 sec. West 115.06 feet to a power pole located in

-1-

Exhibit "2"

the East right-of-way of Griffith Church Road; thence along the East right-of-way of Griffith Church Road North 35 deg. 56 min. 05 sec. West 154.45 feet to a point; thence along a curve to the right having an bearing of North 19 deg. 55 min. 41 sec. West 55.73 feet, an arc of 56.46 feet and radius of 101.05 feet to an iron pin the same being the Southwest corner of lands of J. C. Ritchie; thence along Ritchie's South line North 79 deg. 15 min. 00 sec. East 42.01 feet more or less to the Point of Beginning containing 0.32 acres more or less.

**TRACT TWO:**

Beginning at an iron pin in the East right-of-way of Griffith Church Road the same being the Northwest corner of lands of Clayton L. Worley of record in Deed Book 6-P, Pages 297, et seq., in the Register's Office of Marion County, Tennessee; thence along the east right-of-way line of Griffith Church Road North 35 deg. 56 min. 05 sec. West 55.52 feet to a power pole the same being the Southwest corner of Tract Number Two hereinabove described; thence along the South boundary line of Tract Number Two North 48 deg. 12 min. 41 sec. East 115.08 feet to an iron pin the same being in the West right-of-way line of State Highway 108; thence along the West right-of-way line of State Highway 108, South 54 deg. 50 min. 00 sec. East 93.65 feet to an iron pin the same being the Northeast corner of lands of Clayton L. Worley; thence along Worley's North boundary line South 40 deg. 21 min. 13 sec. West 152.00 feet more or less to the Point of Beginning containing 0.31 acres more or less.

**PRIOR DEED REFERENCE:** Deed Book 6-P, Pages 296, et seq., in the Register's Office of Marion County, Tennessee.

TO HAVE AND TO HOLD said real estate with all the hereditaments and appurtenances thereto, to the said Grantee, her heirs and assigns, in fee simple, forever. This conveyance is made in as full and ample a manner as the said Clerk & Master can convey under authority of law and said judgment, entered in this cause, but not further or otherwise.

IN WITNESS WHEREOF, I have hereunto subscribed my name as said Clerk & Master, on this the _18th_ day of July, 2013.

LEVOY GUDGER, Clerk & Master

-2-

STATE OF TENNESSEE
COUNTY OF MARION

On this the 18th day of July, 2013, before me personally appeared Levoy Gudger, Clerk & Master, to me known to be or proved to me on the basis of satisfactory evidence to be the persons described in and who executed the foregoing instrument and who acknowledged that he executed the same as his free act and deed.

_____
Notary Public

My commission expires: 7-10-16

## CONSIDERATION AFFIDAVIT

I, or we, hereby swear or affirm that the actual consideration for this transfer, or value of the property or interest in property transferred, whichever is greater is $5,000.00, which amount is equal to or greater than the amount which the property or interest in property transferred would command at a fair and voluntary sale.

_____
AFFIANT

Subscribed and sworn to before me this 24th day of July, 2013.

_____
NOTARY PUBLIC or REGISTER

My Commission expires: 11/18/2013

BK/PG: 451/920-922
13002783

| | |
|---|---|
| 3 PGS : AL - CLERK & MASTERS DEED | |
| SANDRA BATCH: 48165   07/25/2013 - 11:01:52 AM | |
| VALUE | 5000.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 18.50 |
| RECORDING FEE | 15.00 |
| ARCHIVE FEE | 0.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 1.00 |
| TOTAL AMOUNT | 36.50 |

STATE OF TENNESSEE, MARION COUNTY
WINFRED HAGGARD
REGISTER OF DEEDS

-3-



**CERTIFIED MAIL**

State of Tennessee
Dept. of Commerce & Insurance
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

7012 3460 0002 8943 8580

FIRST CLASS

UNITED STATES POSTAGE
02 1M
0004292826
$ 06.690
JUL 01 2014
MAILED FROM ZIP CODE 37243

7012 3460 0002 8943 8580     06/24/2014
LLOYD'S, UNDERWRITERS OF LONDON
25 WEST 53RD STREET, 14TH FLOOR
NEW YORK, NY 10019

blc
7/5

4001585401 C008

Case 1:14-cv-00231-CLC-WBC   Document 1-2   Filed 07/24/14   Page 25 of 25   PageID #: 33