UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: ESTATE OF OMA E. GRIFFITH, | ) | |
| | ) | |
| Deceased, | ) | |
| | ) | |
| DEBORAH HOOPER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| v. | ) | 1:14-CV-00231 |
| | ) | |
| UNDERWRITERS AT LLOYD'S | ) | |
| 750 7th Avenue, New York, New York | ) | |
| 10019 and ATLANTIC SPECIALTY | ) | |
| LINES OF VIRGINIA, LLC, 9020 | ) | |
| Stony Point Parkway, Suite 450 | ) | |
| Richmond, Virginia 23235 | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIES' CONSENT MOTION

COME NOW Defendants, those Certain Underwriters at Lloyd's, London subscribing to Policy No. AS201VA439743-0 (hereinafter "Underwriters") (improperly named in the Complaint as "Underwriters at Lloyd's"); Atlantic Specialty Lines of Virginia, LLC, (hereinafter "ASL-Virginia," collectively, the "Defendants"); and Plaintiff In re: Estate of Oma E. Griffith and Deborah Hooper, by and through their respective undersigned counsel, move the Court for an Order to allow Plaintiff until September 2, 2014, in which time to plead to each of the defendants' respective Motions to Dismiss with Prejudice, or, in the alternative, Motion to Strike Complaint Exhibit "1." The parties attach herewith a proposed consent order for the Court's consideration.

Respectfully submitted this 18th day of August 2014.

| COZEN O'CONNOR | CAMERON & CAMERON, P.C. |
|---|---|
| */s/ John W. Reis* | */s/ J. Harvey Cameron* |
| John W. Reis | J. Harvey Cameron (with express permission) |
| Tennessee Bar No. 24818 | Tennessee Bar No. 2465 |
| One Wells Fargo Center, Suite 2100 | Post Office Box 759 |
| Charlotte, NC 28202 | 28 Courthouse Square, Suite 100 |
| Telephone: (704) 376-3400 | Jasper, TN 37347 |
| Facsimile: (704) 334-3351 | Telephone: (423) 942-9975 |
| Email: jreis@cozen.com | Email: jhcam@aol.com |
| | |
| Kenan G. Loomis | *Counsel for Plaintiff In re: Estate of Oma E.* |
| Admission to Court and *Pro Hac Vice* | *Griffith and Deborah Hooper* |
| Motion forthcoming | |
| Tennessee Bar No. 026150 | |
| | |
| Stacey S. Farrell | |
| *Admitted Pro Hac Vice* | |
| Georgia Bar No. 255877 | |
| 303 Peachtree Street, NE | |
| SunTrust Plaza, Suite 2200 | |
| Atlanta, GA 30308-3264 | |
| Telephone: (404)572-2000 | |
| Facsimile: (404)572-2199 | |
| Email: kloomis@cozen.com | |
| Email: ssfarrell@cozen.com | |
| | |
| *Counsel for Defendants Certain Underwriters at Lloyd's, London subscribing to Policy No. AS201VA439743-0 and Atlantic Specialty Lines of Virginia, LLC* | |

| | | |
|---|---|---|
| IN RE: ESTATE OF OMA E. GRIFFITH, | ) | |
| | ) | |
| Deceased, | ) | |
| | ) | |
| DEBORAH HOOPER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| v. | ) | 1:14-CV-00231 |
| | ) | |
| UNDERWRITERS AT LLOYD'S | ) | |
| 750 7th Avenue, New York, New York | ) | |
| 10019 and ATLANTIC SPECIALTY | ) | |
| LINES OF VIRGINIA, LLC, 9020 | ) | |
| Stony Point Parkway, Suite 450 | ) | |
| Richmond, Virginia 23235 | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED ORDER

This Court having considered the parties' Consent Motion to allow Plaintiff until September 2, 2014, in which time to plead to each of the Defendants' Motion to Dismiss with Prejudice, or, in the alternative, Motion to Strike Complaint Exhibit "1," the Consent Motion is hereby GRANTED, and Plaintiff must plead by or before September 2, 2014.

**SO ORDERED** this \_\_\_\_\_ day of August, 2014.

                                                          District Judge Curtis L Collier

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: ESTATE OF OMA E. GRIFFITH, | ) | |
| | ) | |
| Deceased, | ) | |
| | ) | |
| DEBORAH HOOPER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| v. | ) | 1:14-CV-00231 |
| | ) | |
| UNDERWRITERS AT LLOYD'S | ) | |
| 750 7th Avenue, New York, New York | ) | |
| 10019 and ATLANTIC SPECIALTY | ) | |
| LINES OF VIRGINIA, LLC, 9020 | ) | |
| Stony Point Parkway, Suite 450 | ) | |
| Richmond, Virginia 23235 | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2014, I electronically filed the **Parties' Consent Motion and Proposed Order** with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all attorneys of record via electronic mail upon:

J. Harvey Cameron, Esq.
Cameron & Cameron, P.C.
28 Courthouse Square, Suite 100
P.O. Box 759
Jasper, TN 37347
(423) 942-9975
jhcam@aol.com

4

This 18th day of August 2014.

                                                  */s/ Stacey S. Farrell*  
                                                  Stacey S. Farrell  
                                                  Admitted *Pro Hac Vice*  
                                                  Georgia Bar No. 255877  
                                                  Cozen O'Connor  
                                                  303 Peachtree Street, NE  
                                                  SunTrust Plaza, Suite 2200  
                                                  Atlanta, GA  30308-3264  
                                                  Telephone:  (404)572-2000  
                                                  Facsimile:  (404)572-2199  
                                                  Email:      ssfarrell@cozen.com