UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: ESTATE OF OMA E. GRIFFITH, | ) | |
| | ) | |
| Deceased, | ) | |
| | ) | |
| DEBORAH HOOPER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| v. | ) | 1:14-CV-00231 |
| | ) | |
| UNDERWRITERS AT LLOYD'S | ) | |
| 750 7th Avenue, New York, New York | ) | |
| 10019 and ATLANTIC SPECIALTY | ) | |
| LINES OF VIRGINIA, LLC, 9020 | ) | |
| Stony Point Parkway, Suite 450 | ) | |
| Richmond, Virginia 23235 | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff In re: Estate of Oma E. Griffith and Deborah Hooper ("Plaintiff"), through her counsel, and Defendants, Certain Underwriters at Lloyd's, London subscribing to Policy No. AS201VA439743-0 (improperly named in the Complaint as "Underwriters at Lloyd's") and Atlantic Specialty Lines of Virginia, LLC ("ASL-VA," collectively "Defendants"), through their undersigned counsel, file this Stipulation of Dismissal With Prejudice as to all Defendants in this action.

The parties have agreed and stipulated that any existing or potential claims against Defendants in the above-captioned matter are extinguished and all Defendants have been fully released therefrom. The parties further show that no summary judgment motion or counterclaim has been asserted or plead by any adverse party prior to the service of this notice of dismissal.

Furthermore, all parties have agreed to bear their own costs and attorneys' fees. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties submit a proposed Stipulated Order of Dismissal contemporaneously herewith dismissing this action with prejudice as to all Defendants.

Respectfully submitted this 29th this day of August 2014.

| | |
|---|---|
| COZEN O'CONNOR | CAMERON & CAMERON, P.C. |
| *s/Stacey S. Farrell* | *s/J. Harvey Cameron* |
| Kenan G. Loomis | J. Harvey Cameron (with express permission) |
| Admission to Court and *Pro Hac Vice* | Tennessee Bar No. 2465 |
| Motion Pending | Post Office Box 759 |
| Tennessee Bar No. 026150 | 28 Courthouse Square, Suite 100 |
| Stacey S. Farrell | Jasper, TN 37347 |
| Admitted *Pro Hac Vice* | Telephone: (423) 942-9975 |
| Georgia Bar No. 255877 | Email: jhcam@aol.com |
| Suite 400, The Promenade | |
| 1230 Peachtree Street, NE | *Counsel for Plaintiff In re: Estate of Oma E.* |
| Atlanta, GA 30309 | *Griffith and Deborah Hooper* |
| Telephone: (404) 572-2000 | |
| Facsimile: (404) 572-2199 | |
| Email: kloomis@cozen.com | |
| Email: ssfarrell@cozen.com | |

John W. Reis
Tennessee Bar No. 24818
One Wells Fargo Center, Suite 2100
Charlotte, NC 28202
Telephone: (704) 376-3400
Facsimile: (704) 334-3351
Email: jreis@cozen.com

*Counsel for Defendants Certain Underwriters at Lloyd's, London subscribing to Policy No. AS201VA439743-0 and Atlantic Specialty Lines of Virginia, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: ESTATE OF OMA E. GRIFFITH, | ) | |
| | ) | |
| Deceased, | ) | |
| | ) | |
| DEBORAH HOOPER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| v. | ) | 1:14-CV-00231 |
| | ) | |
| UNDERWRITERS AT LLOYD'S | ) | |
| 750 7th Avenue, New York, New York | ) | |
| 10019 and ATLANTIC SPECIALTY | ) | |
| LINES OF VIRGINIA, LLC, 9020 | ) | |
| Stony Point Parkway, Suite 450 | ) | |
| Richmond, Virginia 23235 | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2014, I electronically filed the **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record via electronic mail upon:

J. Harvey Cameron, Esq.
Cameron & Cameron, P.C.
28 Courthouse Square, Suite 100
P.O. Box 759
Jasper, TN 37347
(423) 942-9975
jhcam@aol.com

This 29th day of August 2014.

             *s/Stacey S. Farrell*
             Stacey S. Farrell
             Admitted *Pro Hac Vice*
             Georgia Bar No. 255877
             Cozen O'Connor
             The Promenade, Suite 400
             1230 Peachtree Street, NE

Atlanta, GA 30309
Telephone: (404) 572-2000
Facsimile: (404) 572-2199
Email: ssfarrell@cozen.com